```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JEFFREY J. LODGE (SBN 152205)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the United States of America

 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William D. Dunne,            )  | 1:07-cv-0074-OWW-DLB |
| )            Plaintiff,      ) | **ORDER GRANTING EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v.                           ) | |
| D. Smith, et al.             ) | **Document #12** |
|               Defendants.    ) | |

The United States of America requests an extension of time for Defendants D. Smith, B. Avalos, and J. Karge ("Defendants") to respond to the Complaint filed January 16, 2007, (Doc. 1) by Plaintiff William D. Dunne, a prisoner acting pro se, based on the following:

1.  Defendants are employees of the Federal Bureau of Prisons. They have been sued in both their official and individual capacities. As a result, all Defendants will probably be represented by the United States Attorney's Office.

2.  On December 28, 2007, the court entered an Order Directing Service by the United States Marshal Without Prepayment of Costs (Doc. 8). To date, a waiver of service of summons has been filed for one of the defendants, D. Smith, on January 25,

2008 (Doc. 10).  Service has not yet been executed on the remaining two defendants.

3.   Before the United States Attorney's Office can represent the individual defendants, each defendant must formally request legal representation by the United States Department of Justice, and such request must be approved by the Department of Justice.  Government counsel is currently in the process of obtaining the representation requests from the individual defendants and forwarding them to the Department of Justice for review and approval.

4.   In light of the foregoing, and to enable the United States Attorney's Office to respond to the Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend Defendants' time to respond by at approximately 90 days to May 16, 2008.

                                              Respectfully submitted,

Dated: February 26, 2008.        McGREGOR W. SCOTT
                                        United States Attorney

                                      By:  /s/ Jeffrey J. Lodge
                                             JEFFREY J. LODGE
                                             Assistant U.S. Attorney
                                             Attorneys for the United
                                             States of America

<u>ORDER</u>

IT IS SO ORDERED that Defendants' time to respond to the Complaint is extended to May 16, 2008.

IT IS SO ORDERED.

**Dated:   February 28, 2008**              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE