IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM D. DUNNE, | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. CV-1:07-74-BLW** |
| | ) | |
| -vs- | ) | **ORDER SCHEDULING** |
| | ) | **SETTLEMENT CONFERENCE** |
| D. SMITH, WARDEN, B. AVALOS, ASSOCIATE WARDEN, and J. KARGE, CAPTAIN, | ) ) ) | |
| | ) | |
| Defendants. | | |

A status conference was held on this date with all parties present telephonically. Plaintiff requested to continue the settlement conference set for this date. Plaintiff stated that he was recently transferred to a different federal penitentiary, that he received his property today and would like time to be more prepared to discuss the matters in this case. Good cause appearing and no objection thereto,

**IT IS HEREBY ORDERED** resetting the second session of the telephonic mediation conference in this matter for <u>1:30 pm (MT), September 23, 2010,</u> in the chambers of United State Magistrate Judge Larry M. Boyle, at the United States Courthouse in Boise, Idaho. Defense counsel shall coordinate the conference through a teleconference service provider and provide the Court and Plaintiff with the call-in number and password on or before <u>Monday, September 20, 2010.</u>

ORDER - 1

No additional mediation statements shall be filed. The remainder of the Court's order dated July 14, 2010 (Docket No.37) shall remain in full force and effect.



DATED: **August 30, 2010**.

_____
Honorable Larry M. Boyle
United States Magistrate Judge

ORDER - 2