UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. DUNNE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. SMITH, WARDEN, B. AVALOS, ASSOCIATE WARDEN, and J. KARGE, CAPTAIN,<br><br>　　　　　Defendants. | Case No. 1:07-CV-0074-BLW<br><br>**ORDER** |

　　　　The parties in this prisoner civil rights matter recently participated in a settlement conference supervised by United States Magistrate Judge Larry M. Boyle. Pending before the Court is Judge Boyle's Report and Recommendation that the parties be granted leave to file additional dispositive motions and/or motions for leave to amend the pleadings and to join parties in order to resolve the issue of the proper party defendants in this case. (Dkt. 40, p. 2.) No party objects to the recommendation, and the Court hereby adopts it.

**ORDER**

　　IT IS ORDERED:

　　1.　　The Magistrate's Report and Recommendation (Dkt. 40) is ADOPTED.

　　2.　　The deadline for the parties to file additional dispositive motions and/or motions for leave to amend and to join parties shall be reopened and

**ORDER - 1**

extended. All such motions shall be filed within 30 days of the date of this

Order.



DATED: **November 8, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**