UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. DUNNE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>D. SMITH, WARDEN, B. AVALOS, ASSOCIATE WARDEN, and J. KARGE, CAPTAIN,<br><br>　　　　　Defendants. | Case No. 1:07-00074-BLW<br><br>**JUDGMENT** |

　　Based on the Court's March 27, 2010 Memorandum Decision and Order (Dkt. 27), the March 31, 2010 Memorandum Decision and Order (Dkt. 35), and the Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and this cause of action is DISMISSED with prejudice.

DATED: **March 31, 2011**

_(signed)_
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**